# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WALTER BARKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, and ERIC KILLIAN,<br><br>　　　　Defendants. | Case No.  2:14-cv-00236-APG-GWF<br><br>**ORDER**<br><br>Motion for Extension of Time (#10) |

　　　　This matter comes before the Court on Defendant Eric Killian's First Motion for Extension of Time to Answer or Respond to Complaint (#10), filed on March 10, 2014.  Defendant seeks an extension until March 31, 2014 to file an answer or responsive pleading to Plaintiff's Complaint (#1-2).  An answer was previously due as to Defendant Killian on March 10, 2014. Defendant submits that both Defendants are being represented by the same counsel. As such, Defendant Killian requests an extension of time to coincide with Defendant NSHE's response date of March 31, 2014, as many of the allegations and claims for relief are the same for both defendants. The Court finds that Defendant establishes good cause for an extension. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Defendant Eric Killian's First Motion for Extension of Time (#10) is **granted**.

　　　　**IT IS FURTHER ORDERED** that Defendant Eric Killian shall file an answer or responsive pleading to Plaintiff's Complaint on or before March 31, 2014

　　　　DATED this 17th day of March, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_George Foley Jr._____
　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge